Galen H. WELCH, Former Collector of Internal Revenue for the Sixth Collector District of California, Appellant, v. Edna Earle COOKE, Appellee.

No. 7619.

Circuit Court of Appeals, Ninth Circuit.

Oct. 8, 1934.

Peirson M. Hall, U. S. Atty., Alva C. Baird, Asst. U. S. Atty., and Eugene Harpole, Sp. Asst. Bureau of Internal Revenue, all of Los Angeles, Cal., for appellant.

George Bouchard and J. D. Brady, both of Los Angeles, Cal., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

Ernest WHETSEL, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 7400.

Circuit Court of Appeals, Fifth Circuit.

Oct. 16, 1934.

In forma pauperis.

Ernest Whetsel, of Atlanta, Ga., in pro. per.

Lawrence S. Camp, U. S. Atty., and H. T. Nichols, Sp. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

On the authority of Aderhold v. Edwards (C. C. A.) 71 F.(2d) 297, the judgment is affirmed.